# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

OTIS ELEVATOR COMPANY,
                Plaintiff,

v.

GE FANUC AUTOMATION CORPORATION,
                Defendant.

CASE NUMBER: 3:03cv972 (JCH)

2004 JAN -5 A 10: 12

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Defendant GE FANUC AUTOMATION CORPORATION.

12/31/03
Date

16936
Connecticut Federal Bar Number

(203) 265-2035
Telephone Number

(203) 269-3487
Fax Number

gpierson@lflaw.com
E-mail address

Signature

W. Glen Pierson
Print Clearly or Type Name

LOUGHLIN FITZGERALD
150 South Main Street
Address

Wallingford, CT 06492

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Daniel L. FitzMaurice, Esq.
Maureen O'Connor, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24