UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY, | : | |
| *Plaintiff*, | : | |
| VS. | : | CIVIL ACTION NO. 3:03cv972 (JCH) |
| GE FANUC AUTOMATION CORPORATION, | : | |
| *Defendant.* | : | January 12, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME**

The undersigned counsel for Plaintiff, Otis Elevator Company ("Otis") and Defendant, GE Fanuc Automation Corporation ("GE Fanuc"), hereby jointly request a postponement of the oral argument on Otis' Petition to Compel Arbitration ("Petition"), currently scheduled for January 26, 2004, for a period of approximately one month. The reason for this request is that Otis would like to depose William Zitelli, a former GE Fanuc employee who resides in Pennsylvania and GE Fanuc would like to depose Robert Gaboury, a former Otis employee who has recently begun new employment. These witnesses have indicated their willingness to cooperate and submit to depositions, but they are not available until early February, due to pre-existing commitments.

Counsel for Otis and GE Fanuc believe that these depositions will allow them to present a complete evidentiary record at the time of a hearing on Otis' Petition. Although certain affidavits have been filed as exhibits to memoranda in support of and in opposition to Otis' Petition to Compel Arbitration, the parties believe that depositions of Mr. Zitelli and Mr. Gaboury will delve into the issues of this dispute, i.e., whether there was an agreement to

arbitrate. By the same token, deposing the two key witnesses in this dispute may allow each party to assess the strengths and weaknesses of its position and thereby facilitate resolution of the case. Moreover, the parties have previously agreed to advance the above-captioned action along the same time frame as the action entitled <u>GE Fanuc Automation Corporation v. POMA-Otis Transportation System, d/b/a/ Otis Elevator Company</u>, Civil Action No. 3:03CV1321(JCH), also pending before this Court.

    WHEREFORE, the parties respectfully request that the Court grant their joint request to postpone the January 26, 2004 hearing to allow these two depositions to take place.

Dated:  January 12, 2004

                                _____
                                Daniel L. FitzMaurice (ct 05331)
                                *dlfitzmaurice@dbh.com*
                                Maureen O'Connor (ct 22530)
                                *moconnor@dbh.com*
                                Day, Berry & Howard LLP
                                CityPlace I
                                Hartford, CT  06103-3499

                                Counsel for Plaintiff

Dated:  January 12, 2004

                                _____
                                Charles P. Reed (ct 07750)
                                *creed@lflaw.com*
                                John F. Conway (ct 04763)
                                *jconway@lflaw.com*
                                Loughlin FitzGerald
                                150 South Main Street
                                Wallingford, CT  06492

                                Counsel for Defendant