#22

FILED
2004 JAN 13 A 10: 46
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OTIS ELEVATOR COMPANY,

    *Plaintiff,*

VS.

    CIVIL ACTION NO. 3:03cv972 (JCH)

GE FANUC AUTOMATION
CORPORATION,

    *Defendant.*    January 12, 2004

### JOINT MOTION FOR EXTENSION OF TIME

The undersigned counsel for Plaintiff, Otis Elevator Company ("Otis") and Defendant, GE Fanuc Automation Corporation ("GE Fanuc"), hereby jointly request a postponement of the oral argument on Otis' Petition to Compel Arbitration ("Petition"), currently scheduled for January 26, 2004, for a period of approximately one month. The reason for this request is that Otis would like to depose William Zitelli, a former GE Fanuc employee who resides in Pennsylvania and GE Fanuc would like to depose Robert Gaboury, a former Otis employee who has recently begun new employment. These witnesses have indicated their willingness to cooperate and submit to depositions, but they are not available until early February, due to pre-existing commitments.

Counsel for Otis and GE Fanuc believe that these depositions will allow them to present a complete evidentiary record at the time of a hearing on Otis' Petition. Although certain affidavits have been filed as exhibits to memoranda in support of and in opposition to Otis' Petition to Compel Arbitration, the parties believe that depositions of Mr. Zitelli and Mr. Gaboury will delve into the issues of this dispute, i.e., whether there was an agreement to

*[handwritten margin note:] Motion GRANTED. Oral argument on the Petition to Compel Arbitration is now rescheduled for 2/26/04 at 2:00 p.m. SO ORDERED. 1/16/04*