UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FEB 19   4 38 PM '04

FILED

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY, | : | |
| *Plaintiff,* | : | CIVIL ACTION NO. 3:03cv972 (JCH) |
| VS. | : | |
| GE FANUC AUTOMATION CORPORATION, | : | |
| *Defendant.* | : | FEBRUARY 19, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Poma-Otis Transportation System, d/b/a Otis Elevator Company ("Otis"), has manually filed Exhibits B and C to Otis Elevator Company's Supplemental Brief in Support of Petition to Compel Arbitration.

The Exhibits B and C have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

The Exhibits have been manually served on all parties.

THE DEFENDANT
OTIS ELEVATOR COMPANY

*/s/ Daniel L. FitzMaurice*
Daniel L. FitzMaurice (ct05331)
dlfitzmaurice@dbh.com
Maureen O'Connor (ct22530)
moconnor@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (facsimile)
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent on February 19, 2004, via facsimile and U.S. Mail First Class, postage prepaid, to the following:

Charles P. Reed, Esq.
John F. Conway, Esq.
Loughlin Fitzgerald
150 South Main Street
Wallingford, CT  06492

_____
Maureen O'Connor