

**GE Fanuc Automation**

**Bruce C. Larkin**
**Leader – Field Services**
**GE Fanuc Automation**
**Global Solutions Business**

29500 Puritan
Livonia, Michigan 48154
Phone (734) 422-2747
Fax   (734) 421-5585

August 19, 2002

Robert W. Gaboury, Jr.
Senior Manager, Global Supply Management
Otis Elevator Company
World Headquarters Law Department
10 Farm Springs Road
Farmington, Connecticut 06032-2568

Re:   Minneapolis-St. Paul International Airport
      Green Concourse Tram
      Purchase Orders KO. 003346 and KO. 004783
      July 22, 2002 Incident

Dear Mr. Gaboury:

This letter is in response to yours dated August 12, 2002. We are in the process of investigating the incident, and request that you provide us with some essential information with respect to the people mover project. As we are currently without this information, we are not yet in a position to respond substantively to your letter.

To aid in our understanding of the situation, we wish to obtain a copy of the contract between Poma Otis and the Minneapolis Airports Commission ("MAC"). We also request that you provide us with copies of any insurance policies held by Poma Otis or the MAC pertaining to the people mover project. Additionally, in your letter, you refer to the terms of Purchase Orders KO. 003346 and KO. 004783. Please confirm your understanding that these purchase orders govern the relationship between Poma Otis and GE Fanuc. Please also provide us copies of the above-listed purchase orders as well as any other terms or conditions that you believe may relate to the relationship between Poma Otis and GE Fanuc with respect to this incident.

We, too, look forward to working with Poma Otis in resolving this matter as expeditiously as possible. Your accommodation of these requests will help considerably in our evaluation of the situation. Please contact me to discuss this further at your earliest convenience.

Bruce C. Larkin



Certificate # FM13400

*Response Letter 020819.doc*