CT/cvmhrg (January 10, 2002)  03CV972 MINEN

HONORABLE **HALL**
DEPUTY CLERK **BOROSKEY**   (RPTR)/ERO/TAPE **FIDANZA**

TOTAL TIME: ___ hours **55** minutes

DATE **3-5-04**   START TIME **2:35**   END TIME **3:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**OTIS ELEVATOR**

vs.

**GE FANUC AUTOMATION**

CIVIL NO. **3:03CV972**

**BRYAN POLLARD (OTIS) (IN HOUSE)**
**MAUREEN O'CONNOR**
**DANIEL FITZMAURICE**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
**CHARLES REED**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☑ ... #1   Motion **PETITION TO COMPEL ARBITRATION**   ☐ granted ☐ denied ☑ advisement

Hearing continued until _____ at _____