UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

OTIS ELEVATOR COMPANY
        Plaintiff                                       3:03v972JCH
v

GE FANUC AUTOMATION CORPORATION
        Defendant

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's petition to compel arbitration.

The Court has reviewed all of the papers filed in conjunction with the motion and on May 26, 2004, entered a Ruling Re: Petition to Compel Arbitration, and on June 1, 2004, entered an Amended Ruling Re: Petition to Compel Arbitration, granting the motion.

Therefore, it is ORDERED and ADJUDGED that the petition is granted and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of June, 2004.

                                              KEVIN F. ROWE, Clerk

                                              By  /s/Catherine Boroskey
                                                        Deputy Clerk

Entered on Docket _____