# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

OTIS ELEVATOR COMPANY

      V.                                                  CIVIL CASE NO. 3:03CV972JCH

GE FANUC AUTOMATION CORPORATION

## NOTICE OF APPEAL

1.    Pursuant to F. R. A. P. 4(a)(1), **GE Fanuc Automation Corporation**, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

**Judgment dated June 28, 2004**

2.    The Judgment/Order in this action was entered on **June 28, 2004.**

Date:_____                      _____

                                                      Charles P. Reed ct07750
                                                      Loughlin FitzGerald
                                                      150 South Main Street
                                                      Wallingford, CT  06492
                                                      Tel. (203) 265-2035
                                                      Email: creed@lflaw.com

## CERTIFICATION OF SERVICE

I hereby certify that true and correct copy of the foregoing was served, via United States First Class Mail, postage prepaid, this 27thday of July, 2004, upon:

*Counsel for Plaintiff:*

Daniel L. FitzMaurice, Esq.
Maureen O'Connor, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT  06103-3499

_____
Charles P. Reed (ct07750)