FILED
2004 OCT -5 A 11: 45
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

[Stamp: UNITED STATES COURT OF APPEALS FILED SEP 22 2004 SECOND CIRCUIT]

NH CT
03-cv-972
Hall

OTIS ELEVATOR

v.

GE FANUC AUTO

Docket No. 04-4306-CV

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by Oct. 25, 2004. If not thus reactivated, the appeal shall be deemed withdrawn with prejudice.

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney for Appellant  Charles P. Reed
                        Loughlin
                        Fitzge

_____
Attorney for Appellee

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Counsel: Please print name and firm under signature.

SEP 2 2 2004     A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 9/24/04