**MANDATE**

---

**MANDATE**

*CONN / New Haven*
*03-cv-972*
*Hall*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT



*FILED NOV 0 5 2004 — Roseann B. MacKechnie, CLERK — SECOND CIRCUIT*

OTIS ELEVATOR

v.

GE FANUC AUTOMATION

Docket No. 04-4306-CV

### STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

_____
Attorney for Appellant
*Charles Reed*

_____
Attorney for Appellee
Daniel L. FitzMaurice
Day, Berry & Howard LLP
(860) 275-0181

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Nov. 5, 2004

COUNSEL: Please print name and firm under signature.

CERTIFIED: 11/9/04